```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 22972
    LAWANDA Y MILLER
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-0406


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/07/2007 and was not confirmed.

     The case was dismissed without confirmation 03/24/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
CITY OF CHICAGO WATER DE  NOTICE ONLY    NOT FILED             .00            .00
CITY OF CHICAGO WATER DE  SECURED           266.82             .00            .00
COOK COUNTY TREASURER     NOTICE ONLY    NOT FILED             .00            .00
COOK COUNTY TREASURER     SECURED           264.73             .00            .00
COOK COUNTY TREASURER     SECURED          3180.41             .00            .00
SELECT PORTFOLIO SERVICI  CURRENT MORTG       .00              .00            .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE       .00              .00            .00
SELECT PORTFOLIO SERVICI  UNSECURED      NOT FILED             .00            .00
DEPAUL UNIVERSITY         UNSECURED      NOT FILED             .00            .00
DIRECT TV                 UNSECURED      NOT FILED             .00            .00
PREMIER BANKCARD          UNSECURED         543.25             .00            .00
PREMIER BANKCARD          UNSECURED         505.41             .00            .00
FMS INC                   UNSECURED      NOT FILED             .00            .00
HARVARD COLLECTION SERVI  UNSECURED      NOT FILED             .00            .00
II DESIGNATED             UNSECURED      NOT FILED             .00            .00
II DESIGNATED             UNSECURED      NOT FILED             .00            .00
ROUNDUP FUNDING LLC       UNSECURED         428.60             .00            .00
PAYDAY LOANS              UNSECURED      NOT FILED             .00            .00
PINNACLE FINANCIAL        UNSECURED      NOT FILED             .00            .00
SECURITY CREDIT SYSTEMS   NOTICE ONLY    NOT FILED             .00            .00
EDUCATION LOAN SERV CORP  UNSECURED      NOT FILED             .00            .00
ASSET ACCEPTANCE LLC      UNSECURED         3137.02            .00            .00
XPRESS LOAN SERVICING     UNSECURED        51570.60            .00            .00
T MOBILE                  UNSECURED          678.00            .00            .00
LEGAL HELPERS PC          DEBTOR ATTY     2,500.00                            .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                           .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 22972 LAWANDA Y MILLER
```

```
SECURED                                                                .00
UNSECURED                                                              .00
ADMINISTRATIVE                                                         .00
TRUSTEE COMPENSATION                                                   .00
DEBTOR REFUND                                                          .00
                                       ---------------    ---------------
TOTALS                                            .00                  .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 06/25/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE